21 So.2d 274

### Clemmie LOVE v. CITY OF BIRMINGHAM.

### 6 Div. 80.

Court of Appeals of Alabama.

Nov. 28, 1944.

Rehearing Denied Jan. 9, 1945.

Wm. Conway, of Birmingham, for appellant.

Ralph E. Parker, of Birmingham, for appellee.

BRICKEN, Presiding Judge.

The record in this case, as well as the points of decision involved, are practically identical with the record, etc., in the case of Chaney v. City of Birmingham, Ala. App., 21 So.2d 268.[1] The complaints in the two cases are the same except as to the name of the defendant. The demurrers to the complaint are practically the same.

The judgment appealed from in this case is therefore affirmed upon authority of the Chaney case, supra.

Affirmed.

---

[1] Ante, p. 4.